■
**William J. MARTEN, et al. v. UNITED STATES.**
No. 6207.

Circuit Court of Appeals, Sixth Circuit.
May 13, 1932.

Fritsche, Kruse & Winchester, of Toledo, Ohio, for appellants.

Herman A. Krueger, Asst. U. S. Atty., of Toledo, Ohio, for appellee.

PER CURIAM.
Docketed and dismissed pursuant to motion of counsel for appellee.

---

■
**W. F. MILES v. UNITED STATES of America.**
No. 698.

Circuit Court of Appeals, Tenth Circuit.
June 13, 1932.

W. F. Miles, of Kansas City, Mo., for appellant.

W. F. Rampendahl, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for want of merit.

---

■
**Joseph A. MILLER v. UNITED STATES of America.**
No. 669.

Circuit Court of Appeals, Tenth Circuit.
April 6, 1932.

S. R. Owens, of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

---

■
**Shahanig MOORADIAN v. NEW YORK LIFE INS. CO.**
No. 6178.

Circuit Court of Appeals, Sixth Circuit.
April 12, 1932.

Atkinson, Ortman & Shock, of Detroit, Mich.

PER CURIAM.
Docketed and dismissed pursuant to stipulation of counsel.